B 10 (Supplement 1) (12/11)

# UNITED STATES BANKRUPTCY COURT

**EASTERN DISTRICT OF VIRGINIA**

In re   EVERETTE H MINICH, KATHERINE J MINICH,    Case No. 1250036
         Debtor

Chapter 13

## Notice of Mortgage Payment Change

**If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

| | |
|---|---|
| **Name of creditor:** Wells Fargo Bank, N.A. | **Court claim no**. (if known): 4 |
| **Last four digits** of any number you use to identify the debtor's account:   1178 | **Date of payment change:** Must be at least 21 days after date of this notice   4/30/12 |
| **Uniform Claim Identifier:**   WFCHEQ1250036VAE32941178 | **New total payment:**   $ 82.95  Principal, interest, and escrow, if any |

### Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**

☑ No
☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:
   _____

   **Current escrow payment:** $ _____     **New escrow payment:** $ _____

### Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☐ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:
   _____

   **Current interest rate:** _____%    **New interest rate:** _____%

   **Current principal and interest payment:** $ _____    **New principal and interest payment:** $ _____

### Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change:   Line of credit payment to change due to cycle date

   **Current mortgage payment:** $ 83.02     **New mortgage payment:** $ 82.95

«debtor»

B 10 (Supplement 1) (12/11)                                                                                                   Page 3

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.
Check the appropriate box.

☒  I am the creditor.      ❒ I am the creditor's authorized agent.
                                   (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✘ /s/ Angela Kooker                                                    Date: 04/06/2012

**Print:**      Angela Kooker                                          Title: Bankruptcy Specialist

Company     Wells Fargo Bank, N.A.

Address     1 Home Campus X2303-01A

            Des Moines, IA 50238

Contact phone  (800) 241–0039                                          Email  HEQBANKRUPTCYCH13@wellsfargo.com

«debtor»

# CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I served the annexed **Notice of Payment Change** upon each of the entities named below by electronic transmission or by mailing to each of them a copy thereof by enclosing same in an envelope with first class mail postage prepaid addressed to each of them as follows:

---

| **(Debtor(s))** | **(Attorney for Debtor(s))** | **(Trustee)** |
|---|---|---|
| EVERETTE H MINICH, KATHERINE J MINICH<br>410 N SECOND ST<br>HAMPTON, VA 23664-1411 | STEVE C TAYLOR<br>133 MOUNT PLEASANT RD<br>CHESAPEAKE, VA 23322-4156 | MICHAEL P COTTER<br>870 GREENBRIER CIR<br>STE 402<br>CHESAPEAKE, VA 23320-2641 |

---

Dated: 04/06/2012        Signed:    /s/ Angela Kooker

«debtor»