# United States Bankruptcy Court
### Eastern District of Virginia
Newport News Division

**In re:**                                                 **Case Number**  12–50036–FJS
                                                                         **Chapter**  13
Everette Henry Minich
Katherine Jean Minich

                                 Debtor(s)

### NOTICE TO DEBTOR(S) AND CREDITORS
### CONCERNING ISSUANCE OF DISCHARGE

The Trustee has filed a report of completion of plan payments. Unless an order has been previously entered denying a discharge, a discharge will be granted if the Court determines that all the requirements for issuance of a discharge are satisfied.

**TO THE DEBTOR(S):**

       In order to receive a discharge, you <u>must</u>

              Complete and File with the Court the Debtor's(s') Certification of Compliance with 11 U.S.C. §1328 (form attached) as required by Local Bankruptcy Rule 4008–2(A). A copy of this form may be obtained from the Clerk's Office or via the Bankruptcy Forms button on the Court's Internet web site at <u>www.vaeb.uscourts.gov</u>. Unless this Certificate is filed with the Court within 45 days of the mailing of this notice, your case may be closed without issuance of a discharge.

**TO CREDITORS:**

       The debtor(s), if otherwise entitled, will be issued a discharge without further notice or hearing <u>unless</u>, within <u>21 days</u> of the mailing of this notice a creditor or party in interest files with the Court a request for a hearing asserting that the debtor(s) has/have claimed exempt under state or local law property (such as a residence or homestead) of the type described in §522(p)(1) of the Bankruptcy Code that exceeds $125,000 in value for cases filed before April 1, 2007, $136,875 if the case was filed April 1,2007 through March 31,2010, or $146,450 if the case was filed on or after April 1, 2010, and there is pending a proceeding in which the debtor may be found guilty of a felony of the kind described in §522(q)(1)(A) or liable for a debt of the kind described in §522(q)(1)(B) of the Bankruptcy Code. If a timely request for hearing is filed, you will be notified of the date, time, and place of the hearing.

Dated:  July 12, 2013                                 William C. Redden , Clerk
                                                                 United States Bankruptcy Court

[ntcLBRvApril2010.jsp ver 04/01/2010]

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                             Case No. 12-50036-FJS
Everette Henry Minich                                              Chapter 13
Katherine Jean Minich
        Debtors
                                **CERTIFICATE OF NOTICE**

District/off: 0422-6          User: justicet              Page 1 of 3              Date Rcvd: Jul 12, 2013
                              Form ID: ntc4008            Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 14, 2013.
```
db/jdb     +Everette Henry Minich,    Katherine Jean Minich,    410 North 2nd Street,    Hampton, VA 23664-1411
cr         +PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
cr         +Wells Fargo Bank NA,    MAC X2303-01A,    1 Home Campus,    Des Moines, IA 50328-0001
cr         +Wells Fargo Bank, N.A.,    Home Equity Group,    X2303-01A,    1 Home Campus,
             Des Moines, IA 50328-0001
10910999    American Express,    P.O. Box 981535,    El Paso, TX 79998-1535
11035651    American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
10911001    Capital One,    P.O. Box 30273,    Salt Lake City, UT 84130-0273
10911002   +Citibank/Sears,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
11270248    GE Capital Retail Bank,    Attn: Bankruptcy Department,    P.O. Box 960061,    Orlando, FL 32869
10911004    NCC Recovery,    122550 Hesperia Rd, Ste 212,    Victorville, CA 92395-0000
11076434  ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court:   Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541)
10913112   +U.S. Attorney’s Office,    101 W. Main Street,    Ste. 8000, World Trade Ctr.,
             Norfolk, VA 23510-1651
10911005  ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   U.S. Bank,    P.O. Box 108,    Saint Louis, MO 63166-0000)
10911006    US Department of Education,    P.O. Box 530260,    Atlanta, GA 30353-0260
11102278    US Departnment of Education,    Direct Loan Servicing Center,    PO BOX 5609,
             Greenville, TX 75403-5609
10911007    Wells Fargo,    P.O. Box 3117,    Winston Salem, NC 27102-3117
10924937   +Wells Fargo Bank,    PO BOX 10438,    MAC X2505-036,    Des Moines, IA 50306-0438
10959520   +Wells Fargo Bank NA,    1 Home Campus,    Mac x2303-01A,    Des Moines, IA 50328-0001
10920613   +Wells Fargo Card Services,    1 Home Campus,    3rd Floor,    Des Moines, IA 50328-0001
10911009   +West Asset Management,    7171 Mercy Road,    Suite 200,    Omaha, NE 68106-2610
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr          E-mail/PDF: rmscedi@recoverycorp.com Jul 13 2013 02:18:24
             GE Capital Retail Bank c/o Recovery Management Sys,    25 SE 2nd Avenue, Suite 1120,
             Miami, FL  33131-1605
cr          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 13 2013 02:18:42
             Midland Funding LLC by American InfoSource LP as a,    PO Box 4457,    Houston, TX  77210-4457
10921296    E-mail/PDF: mrdiscen@discoverfinancial.com Jul 13 2013 02:18:28      Discover Bank,
             DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
10911003   +E-mail/PDF: mrdiscen@discoverfinancial.com Jul 13 2013 02:18:28      Discover Card,
             P O Box 71084,    Charlotte, NC 28272-1084
11076300    E-mail/PDF: gecsedi@recoverycorp.com Jul 13 2013 02:18:03      GE Capital Retail Bank,
             Attn: Bankruptcy Department,    PO Box 960061,    Orlando FL 32896-0661
11279619    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 13 2013 02:38:51
             InSolve Recovery, LLC by American InfoSource LP,    PO Box 269093,
             Oklahoma City, OK  73126-9093
11543003    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 13 2013 02:18:42      Midland Funding LLC,
             by American InfoSource LP as agent,    PO Box 4457,    Houston, TX  77210-4457
11035344    E-mail/PDF: rmscedi@recoverycorp.com Jul 13 2013 02:18:24      Portfolio Investments I LLC,
             c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
11056699    E-mail/PDF: rmscedi@recoverycorp.com Jul 13 2013 02:12:52
             Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
                                                                                              TOTAL: 9
```
```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         InSolve Recovery, LLC by American InfoSource LP,    PO Box 269093,   Oklahoma City, OK  73126-9093
cr*        +Wells Fargo Bank NA,    1 Home Campus,    Mac x2303-01A,    Des Moines, IA 50328-0001
10911000*   American Express,    P. O. Box 981535,    El Paso, TX 79998-1535
11083841*   American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11543004*   Midland Funding LLC,    by American InfoSource LP as agent,    PO Box 4457,
             Houston, TX  77210-4457
10997304*  ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   US Bank N.A.,    Bankruptcy Department,    PO Box 5229,
             Cincinnati, OH 45201-5229)
10911008*  +Wells Fargo,    P.O. Box 3117,    Winston Salem, NC 27102-3117
11083681*  +Wells Fargo Bank NA,    1 Home Campus,    Mac x2303-01A,    Des Moines, IA 50328-0001
                                                                                   TOTALS: 0, * 8, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0422-6          User: justicet              Page 2 of 3              Date Rcvd: Jul 12, 2013
                              Form ID: ntc4008            Total Noticed: 29

                  ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 14, 2013**                                **Signature:**    _Joseph Speetjens_

```
District/off: 0422-6          User: justicet               Page 3 of 3                  Date Rcvd: Jul 12, 2013
                              Form ID: ntc4008             Total Noticed: 29
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2013 at the address(es) listed below:
         Michael P. Cotter    courtmail@mpcch13.com
         Steve C. Taylor    on behalf of Debtor Everette Henry Minich bankruptcyattorney@call54legal.com, bkparalegal@call54legal.com
         Steve C. Taylor    on behalf of Joint Debtor Katherine Jean Minich bankruptcyattorney@call54legal.com,  bkparalegal@call54legal.com
         TOTAL: 3